IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02222-CMA-MEH

EPCO HOLDING, INC.,

    Plaintiff,

v.

ENSERCA, LLC, and
ENSERCA ENGINEERING,

    Defendants.

WILLIAM L. HARNISCH,

    Movant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 30, 2010.**

    Enserca's Unopposed Motion for Leave to File Corrected Reply in Support of their [sic] Motion to Compel Discovery [filed December 28, 2010; docket #22] is **granted**. The attached "Corrected Reply" is accepted as filed and will replace the reply brief filed December 27, 2010.